**Order entered August 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00591-CR
### No. 05-15-00604-CR

**KEVIN RAY WINGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-62425-Q, F15-70088-Q**

## ORDER

The Court **GRANTS** appellant's August 10, 2015 motion to extend time to file his brief.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE